**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 04-23127-CIV-COOKE/BANDSTRA**

TYCO FIRE & SECURITY, LLC, *et al.*,

     *Plaintiffs*,

v.

JESUS HERNANDEZ ALCOCER, *et al.*,

     *Defendants*.

_____/

**ORDER GRANTING JOINT MOTION TO STAY**

This matter is before me on Plaintiffs Tyco Fire & Security, LLC's, Philip McVey's and George Azze's and Defendants Jesus Hernandez Alcocer's and Alert 24, LLC's Joint Motion for Stay [D.E. 169], filed March 30, 2010. The parties assert that appellate review of a related case in Texas will render moot, in whole or in part, the instant case. Thus, the parties request a stay of this action until the completion of the appellate process in the Texas action. After reviewing the motion and being otherwise fully advised in the premises, I hereby **ORDER AND ADJUDGE** as follows:

1.     The Joint Motion for Stay [D.E. 169] is **GRANTED**.

2.     The parties must notify the Court of the outcome of the appellate proceedings in Texas within thirty (30) days of their completion, and of the effects such outcome will have on the instant case.

3.     The parties must agree upon and submit a new proposed Scheduling Order within the same thirty (30) day period, allowing for amendment of pleadings consistent with the outcome of the appellate process in Texas.

4.     This case is **ADMINISTRATIVELY CLOSED** for statistical purposes only. Either party may move to reopen the case once the Texas appeal is concluded.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of March 2010.

*Marcia G. Cooke*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Honorable Ted E. Bandstra*
*All Counsel of Record*