UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-23127-Civ-COOKE/TURNOFF

TYCO FIRE & SECURITY, LLC,
PHILLIO MCVEY, and GEORGE AZZE,

Plaintiffs,

v.

JESUS HERNANDEZ ALCOCER,
JORGE HERNANDEZ TORRES, EMILIO
ESPINOLA, RAIF SHAHIN ISAAC,
GONZALO QUESADA SUAREZ, DAVID
CALDERON ISLAS, LUIS MONTIEL
VILCHIS, HORACIO CANTU DIAZ, ALERT
24, LLC, and JOHN DOES 1 THROUGH 10,

Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. Dismissal with Prejudice, ECF No. 171). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of October 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*